# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 CV 819 CDP |
| | ) | |
| AMERICAN COLLEGE DICTIONARY, et al., | ) ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before me plaintiff's motion for leave to proceed in forma pauperis on appeal. On July 21, 2020, I dismissed plaintiff's complaint and certified that an appeal would be frivolous and not taken in good faith. [Docs. # 3, #4]. For the same reason, I will also deny the motion for leave to proceed in forma pauperis on appeal as I continue to find that plaintiff's appeal is frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that the motion to proceed in forma pauperis on appeal [5] is denied.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2020.